# EXHIBIT A

# EXHIBIT A



COPY

1          IN THE JUSTICE COURT OF THE ELKO TOWNSHIP

2        IN AND FOR THE COUNTY OF ELKO, STATE OF NEVADA

3

4    _____

5    IN THE MATTER OF AN

6    APPLICATION FOR A

7    SEARCH WARRANT BY                      RECEIVED

8    DEPUTY DOUG FISHER,
                                            JAN 2 8 20__
9            APPLICANT.
                                          ELKO COUNTY
10   _____    SHERIFF'S DEPARTMENT

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

1        DEPUTY FISHER:  Your Honor, the affidavit reads as

2    follows:  Judge Boatman, do you understand this phone call

3    is being recorded?

4        THE COURT:  Yes.

5        DEPUTY FISHER:  Judge Boatman, prior to activation of

6    this recording device, did we discuss any facts regarding

7    this telephonic search warrant application?

8        THE COURT:  No, we did not.

9        DEPUTY FISHER:  This is Deputy Fisher of the Elko

10   County Sheriff's Office and I'm making application for a

11   telephonic search warrant pursuant to NRS 179.045.  I am

12   talking with Judge Boatman.  The date is January 23, 2013,

13   and the time of the call is 11:02 hours.

14       Judge, I would like to provide my oath on the record.

15   I do solemnly swear that the evidence that I will give in

16   my statements in support of the issuance of this telephonic

17   search warrant is the truth, the whole truth and nothing

18   but the truth.

19       I am a law enforcement officer employed by the Elko

20   County Sheriff's Office in the County of Elko, State of

21   Nevada.  I have been so employed for more than one year.

22       I am conducting an investigation regarding possession

23   of controlled substances and related crimes contained

24   within the Uniform Controlled Substance Act which is

25   Chapter 453 of the Nevada Revised Statute.

1         There is probable cause to believe there may be

2   evidence of a crime inside a white 2001 Trail-Lite motor

3   home, a vehicle bearing license plate Delaware RV24145, now

4   situated at approximately Mile Marker 295 on Interstate 80

5   in the County of Elko, State of Nevada.

6         The registered owner of the vehicle is Kyle William

7   Hopkins, and the driver of the vehicle is Straughn Samuel

8   Gorman.

9         The evidence sought to be found and constituting

10   evidence that tends to demonstrate or disprove that

11   criminal acts are being committed by the person or persons

12   with custody or control of the vehicle is as follows:

13   Controlled substances, paraphernalia, articles of personal

14   property tending to identify the person or persons in

15   control of the vehicle to be searched, and/or any

16   contraband, fruits, instrumentalities and any evidence of a

17   crime at this time unknown which may come into view of the

18   searching officers, including but not limited to any

19   instrumentalities or objects consistent with controlled

20   substance violations, any persons who had occupied the

21   vehicle at which time the search warrant is executed, any

22   containers or items located inside the interior and/or

23   exterior of the vehicle, any compartments which may need to

24   be accessed by the use of tools.

25         In support of the probable cause to issue a telephonic

3

1    search warrant the following facts are based upon prior

2    training, experience, personal knowledge, information, and

3    belief:  Deputy Fisher was on patrol along Interstate 80 in

4    the County of Elko, State of Nevada in a patrol unit on

5    January 23, 2013.

6          At approximately 10:25 hours, Deputy Fisher observed a

7    white 2001 Trail-Lite motor home, a vehicle bearing license

8    plate Delaware RV24145 traveling along Interstate 80 in the

9    County of Elko, State of Nevada.

10         Deputy Fisher observed the vehicle's driver violate

11   the traffic law in the following manner:  As the motor home

12   approached my location, I noticed the vehicle drift to the

13   right and drive on the white fog line.  I further noticed

14   the driver had the curtain pulled forward on the driver's

15   side window which obstructs the driver's view of the

16   vehicle's left blind area which is a violation of

17   NRS 484B.163 and 484B.300.

18         Deputy Fisher conducted a traffic enforcement stop on

19   the vehicle at approximately Mile 295 on Interstate 80 in

20   the County of Elko, State of Nevada, and made contact with

21   the driver later identified as Straughn Samuel Gorman.  The

22   passengers were zero in numbers.

23         Deputy Fisher had reason to believe that the vehicle

24   may contain controlled substance based on the following

25   observations and information:  The driver indicated --

4

1    correction.  Let me back up.  Upon initial -- upon initial

2    lighting of the overhead lights, Deputy Fisher followed the

3    vehicle for approximately four miles before the vehicle

4    pulled over and noticed that he was following and trying to

5    affect the traffic stop.  The driver indicated he was

6    traveling from Delaware to Sacramento, California and

7    became very difficult at the beginning of the traffic stop.

8    The driver indicated he'd been stopped about an hour

9    earlier and did not want to answer any other questions.

10   Based upon my training and experience and the abrupt

11   initial contact I questioned the subject's reason --

12   reaction when he agreed that the window view was

13   obstructed.  The driver indicated he had no job.  And upon

14   an EPIC check it was informed the driver had multiple

15   border crossings with the most recent in 2012 from Madrid,

16   Spain, into the United States.  Secondly, it was informed

17   the subject transferred $11,000 cash to another subject

18   with an unknown name.

19       Based upon this, Deputy Fisher obtained a trained

20   canine in the detection of controlled substance to walk

21   around the vehicle.  The detection canine obtained was

22   Canine Euros, a trained canine in the detection of

23   controlled substances.  Deputy Fisher of the Elko County

24   Sheriff's Office is Canine Euros' handler.

25       Canine team Deputy Fisher and Canine Euros are trained

5

1   and certified to detect the odor of narcotics.  These

2   substance include marijuana, cocaine, heroin,

3   methamphetamines, MDMA, more commonly known as ecstasy.

4   Upon location of the narcotics odor, the dog's behavior

5   will change.  Canine handler Deputy Fisher conducts ongoing

6   training daily, weekly and monthly to recognize Canine

7   Euros' change in behaviors, which would indicate the alert

8   for the odor of narcotics.

9          Canine team Deputy Fisher and Canine Euros are

10  currently nationally certified to detect the odor of

11  narcotics.  Canine team Deputy Fisher and Canine Euros have

12  met the basic standards set by at least one national canine

13  certifying organization.  Deputy Fisher has been a

14  certified canine handler since December 2005.

15         Canine team Deputy Fisher and Canine Euros have proven

16  reliability through their high level of continuous ongoing

17  daily, weekly, and monthly training and through prior

18  street performance.

19         Canine Euros alerted to the right rear fender and

20  cargo department by displaying changes in breathing, rapid

21  sniffs, along with a committed sit and stare response, with

22  a final committed down and stay final response, which

23  indicated to Deputy Fisher that there may be controlled

24  substances or substances inside the vehicle.

25         THE COURT:  Deputy Fisher, can you hear me still?

6

1          DEPUTY FISHER:  Yes.

2          THE COURT:  Can you repeat after you said "Deputy

3     Fisher, there may be a controlled substance".  I didn't --

4     it cut off.

5          DEPUTY FISHER:  Okay.  It says Deputy Fisher, that --

6     I'll just go back one.  Which indicated to Deputy Fisher

7     that there may be a controlled substance or controlled

8     substances inside the vehicle.

9          THE COURT:  Thank you.

10         DEPUTY FISHER:  Deputy Fisher believes there's just

11    cause to serve this telephonic search warrant at any hours

12    of the day based on --

13         THE COURT:  Deputy Fisher, start that part again.

14    You're cutting out again.

15         DEPUTY FISHER:  Sorry.  Let me reposition the mic.

16    Deputy Fisher believes that there is just cause to serve

17    this telephonic search warrant at any hours of the day or

18    night based upon the facts and/or circumstances:  The

19    vehicle was parked along the roadway where the vehicle is

20    not normally parked, to not delay the driver and/or

21    occupants from their travels, and so there is no added

22    expenses with the prolonged delay in the driver -- driver's

23    travels.

24         For this reason, Deputy Fisher requests a search

25    warrant to search the vehicle for controlled substances,

7

1    paraphernalia, articles of personal property tending to

2    identify the person or persons in control of the vehicle to

3    be searched and/or any contraband, fruits,

4    instrumentalities and any evidence of a crime at this time

5    unknown which may come into view of the searching officers,

6    including but not limited to any instrumentalities or

7    objects consistent with controlled substance violations,

8    any persons who had occupied the vehicle at which time the

9    search warrant is executed, any containers or items located

10   inside the interior and/or exterior of the vehicle, any

11   compartments which may need to be accessed by the use of

12   tools.

13        Your Honor, the search warrant reads as follows:  The

14   State of Nevada to any peace officer in the County of Elko,

15   proof having been made before me by Deputy Fisher, by sworn

16   under oath telephonic statement incorporated by reference

17   herein that there is probable cause to believe evidence, to

18   wit:  Controlled substances, paraphernalia, articles of

19   personal property tending to identify the person or persons

20   in control of the vehicle to be searched, and/or any

21   contraband, fruits, instrumentalities, and any evidence of

22   a crime at this time unknown which may come into view of

23   the searching officers, including but not limited to any

24   instrumentalities or objects consistent with controlled

25   substance violations, any persons who had occupied the

8

1   vehicle at which time the search warrant is executed, any

2   containers or items located inside the interior or exterior

3   of the vehicle, any compartments which may need to be

4   accessed by the use of tools may be located inside a white

5   2001 Trail-Lite motor home, a vehicle bearing license plate

6   Delaware RV24145 now situated at approximately Mile

7   Marker 295 on Interstate 80 in the County of Elko, State of

8   Nevada, and as I am satisfied that there's probable cause

9   to believe that said evidence may be located as set forth

10   above and based upon the sworn telephonic statement of

11   Deputy Fisher there are sufficient grounds for issuance of

12   a search warrant.

13        You are hereby commanded to said location for said

14   property, serving this warrant at any hours of the day or

15   night, and if the property is there, to seize it, and leave

16   a written inventory and make a return before me within ten

17   days.

18        Your Honor, I am requesting authority to sign your

19   name on two identical search warrants and authority to

20   serve one copy upon the occupants of the vehicle and

21   execute the search warrant immediately as I am at the

22   vehicle right now.

23        THE COURT:  All right.  Deputy Fisher, you are going

24   to be granted the search warrant on this, the 23rd day of

25   January 2013.

1          DEPUTY FISHER:  I'm going to sign it "Judge Boatman".

2     The time is 11:15 hours.  Your Honor, one warrant will be

3     served upon the vehicle's occupants and the other warrant

4     will be filed with the court along with the transcriptions

5     of my recorded testimony.

6          Your Honor, I have placed your name on the duplicate

7     originals and the correct date and time has been noted on

8     each.

9          Thank you, Judge.  Do you have anything else?

10         THE COURT:  No, sir.  Thank you very much.  Be safe.

11         DEPUTY FISHER:  Thanks, Judge.  Bye.

12         THE COURT:  Bye.

13    (Whereupon the Application for Search Warrant was

14    concluded.)

15

16

17

18

19

20

21

22

23

24

25

1       I, BRIAN E. BOATMAN, Acting Justice of the Peace of

2    Elko Township, County of Elko, State of Nevada, hereby

3    certifies:

4

5       That CATHERINE A. FISHER was duly appointed and sworn

6    to transcribe the telephonic search warrant application

7    made and the telephonic search warrant which was issued on

8    the 23rd day of January 2013.

9       That at the conclusion of the application, it

10   appearing that there was probable cause for the issuance of

11   the warrant, said search warrant was issued.

12

13

14                             _____

15                             Acting Justice of the Peace of
                                      Elko Township, Elko County, State

16                             of Nevada.

17

18

19

20

21

22

23

24

25

1          IN THE JUSTICE COURT OF ELKO TOWNSHIP

2        IN AND FOR THE COUNTY OF ELKO, STATE OF NEVADA

3

4    _____

5    IN THE MATTER OF AN

6    APPLICATION FOR A

7    SEARCH WARRANT BY

8    DEPUTY DOUG FISHER,

9        APPLICANT.

10   _____

11

12                    REPORTER'S DECLARATION

13       I HEREBY DECLARE:  That I was duly appointed and sworn

14   by the Justice of the Peace of Elko Township, Elko County,

15   Nevada, to transcribe the telephonic search warrant

16   application made on the 23rd day of January, 2013, and that

17   the foregoing transcript contains a full, true and complete

18   transcript of the telephonic search warrant application, to

19   the best of my ability to hear and understand said recorded

20   telephonic search warrant application.

21

22       DATED THIS _____ day of _____, 2013.

23

24                              _____

25                              CATHERINE A. FISHER

12