UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>$167,070.00 IN UNITED STATES CURRENCY,<br><br>          Defendant.<br><br>STRAUGHN SAMUEL GORMAN,<br><br>          Claimant. | 3:13-CV-00324-LRH-VPC<br><br>ORDER |

Before the Court is Claimant Straughn Gorman's ("Gorman") Motion to Suppress. Doc. #18.[1] The Court held an evidentiary hearing on December 15 and 16, 2014, during which the Court viewed the video of both traffic stops and heard deposition testimony from the officer who effectuated the first stop, and live testimony from the officer who effectuated the second stop. On January 21, 2015, the Supreme Court heard argument in *Rodriguez v. United States*, a case involving an officer's use of a canine sniff without reasonable suspicion or other lawful justification. *See generally* Transcript of Oral Argument, *Rodriguez v. United States*, No. 13-9972 (2015). Because *Rodriguez* could impact the law underlying this case, the Court hereby stays resolution of Gorman's motion until after the Supreme Court rules in *Rodriguez*. Once the

---

[1] Refers to the Court's docket number.

Supreme Court rules, the parties shall file responsive pleadings within fifteen (15) days, and each party shall thereafter file replies within fifteen (15) days.

IT IS THEREFORE ORDERED that a decision on Gorman's Motion to Suppress (Doc. #18) is stayed until the Supreme Court rules in *Rodriguez v. United States*.

IT IS SO ORDERED.

DATED this 24th day of February, 2015.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2