AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF   NEVADA

UNITED STATES OF AMERICA,

      Plaintiff,

V.

$167,070.00 IN UNITED STATES CURRENCY, et al.,

      Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  3:13-cv-00324-LRH-VPC

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Gorman.

September 10, 2015                                                   **LANCE S. WILSON**
                                                                                    Clerk

                                                                                   /s/ K. Rusin
                                                                                   Deputy Clerk